**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

In re Application of LUIS JAVIER MARTÍNEZ SAMPEDRO for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding,

    Petitioner.

ECF Case: 3:18-mc-00047

Hon. Janet Bond Arterton

## PETITIONER'S MOTION TO EXPEDITE HIS RENEWED MOTION TO COMPEL

Petitioner hereby seeks expedited treatment of his renewed motion to compel, which was filed earlier today (Dkt. 56), and requests that the Court adopt an expedited briefing schedule.

As the Court is aware, the Court granted petitioner leave on April 30, 2018 to obtain discovery for use at a **January 16, 2019** hearing in Spain.  On October 30, 2018, the Court denied in part respondents' motions to quash, directing the parties to meet and confer.  The Court ruled that, if the parties were unable to reach agreement in the two weeks that followed, then petitioner could "immediately renew" his motion to compel.  Dkt. 55 at 13.  Unfortunately, despite petitioner's best efforts, the parties have been unable to resolve their differences, and petitioner has no choice but to renew his motion.  Given the limited time that remains before the January 16, 2019 hearing, expedition of the renewed motion is necessary to ensure that petitioner is able to receive documents in advance of depositions, and so that petitioner can use the documents and deposition transcripts at the hearing, as the Court has twice ruled he is entitled.

Petitioner respectfully requests that the Court set the following briefing schedule on his renewed motion to compel, or schedule a telephone conference to set an appropriate schedule:

Respondents' opposition (limited to 15 pages combined) — Friday Nov. 16, 2018

Petitioner's reply brief (limited to 5 pages) — Sunday Nov. 18, 2018

In view of the circumstances explained above, we respectfully submit that this abbreviated schedule is appropriate.  Moreover, respondents will suffer no prejudice. Petitioner's motion has already been briefed; the rules governing discovery are well established; and respondents are represented by experienced counsel.  Respondents do not consent to the foregoing schedule.

DATED:   New York, New York
         November 14, 2018

BRENNER, SALTZMAN &
   WALLMAN LLP

Sean M. Fisher (ct23087)

271 Whitney Avenue
New Haven, Connecticut 06511
Tel.: (203) 772-2600
Fax: (203) 562-2098
Email: sfisher@bswlaw.com

HOLWELL SHUSTER &
   GOLDBERG LLP

By: /s/ Vincent Levy

Vincent Levy (*pro hac vice*)
Scott M. Danner (*pro hac vice*)
Kevin D. Benish (*pro hac vice*)

425 Lexington Ave., 14th Floor
New York, New York 10017
Tel.: (646) 837-5151
Fax: (646) 837-5150
Email: vlevy@hsgllp.com

*Attorneys for Petitioner*

## **CERTIFICATE OF SERVICE**

I certify that on this 14th of November 2018, the foregoing Motion to Expedite was filed electronically by using the CM/ECF system, and that notification of this filing is to be provided to all counsel of record who have registered to receive notices from the court under the CM/ECF system.

    /s/ Vincent Levy
    Vincent Levy